UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
WILFREDO DIAZ,

                         Plaintiff,                    09 CV 5416 (JB)(MG)

  -against-

MAJOR AUTOMOTIVE GROUP,                       **STIPULATION AND ORDER**

                        Defendant.
----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that: 1) Plaintiff will serve an amended complaint by February 8, 2010; and 2) Defendant shall have until March 1, 2010 to move, answer or otherwise respond to the amended complaint and shall not be required to respond to the present complaint.

Dated:        New York, New York
              January 28, 2010

                                       **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                       By: _____
                                        Peter T. Shapiro (PS 9692)
                                        Attorneys for Defendant
                                        199 Water Street
                                        New York, New York 10038
                                        212-232-1300

ZABELL & ASSOCIATES, P.C.

By: _____
Attorneys for Plaintiff
4875 Sunrise Highway - Suite 300
Bohemia, New York 11716

SO ORDERED:

_____
   U.S.D.J.